O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION COLEMAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; LOS ANGELS COUNTY DISTRICT ATTORNEY and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:23-cv-09821-MEMF-MRW<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL] [ECF NO. 31]** |

　　　　On August 30, 2024, Plaintiff Dion Coleman[1] and Defendant Los Angeles County District Attorney filed a stipulation to dismiss Defendant Los Angeles County District Attorney from the instant action. ECF No. 31.

---

[1] The stipulation appears to erroneously list "Faith Wilson" as the Plaintiff on page 2. *See* ECF No. 31 at 2.

1

The Court, having considered the stipulation and finding good cause therefor, hereby GRANTS the stipulation and DISMISSES Defendant Los Angeles County District Attorney from the present action WITHOUT PREJUDICE.[2]

The Court also notes that Defendant Los Angeles County District Attorney filed a motion to dismiss on May 3, 2024, ECF No. 21, which is scheduled to be heard on September 9, 2024.[3] Given that this Order results in the dismissal of Defendant Los Angeles County District Attorney, the Court DENIES the pending motion to dismiss as MOOT, and takes the hearing off calendar.

IT IS SO ORDERED.

Dated: September 6, 2024

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

---

[2] The Court notes that the proposed order submitted with the stipulation contemplates dismissing the action in its entirety. ECF No. 31 at 2. However, Plaintiff has only stipulated to the dismissal of one out of three named Defendants. If the Plaintiff intends to ask the Court to dismiss the entire action, the Court requests that the Plaintiff file the proper filing for such a request.

[3] In its motion to dismiss, Defendant Los Angeles County District Attorney noted that it's proper name is the County of Los Angeles, and had been erroneously sued as Defendant Los Angeles County District Attorney.